To Whom It May Concern,

Robert Mark McPherson was born on April 10, 1962 to Jack Cowan McPherson and Mary Dell Lowry McPherson. Robert has one older brother, Jack Cowan McPherson, and one older sister, Billie Ann Duff.

He went to Sunday School and Church at Cold Spring Presbyterian Church. He took Jesus Christ as his personal savior at an early age. He was an active member in the Youth Group, the Boy Scouts, 4-H Club, and Glee Club in his school years.

Robert loves animals tame and wild. His first love is horses but dogs would come a in a close second. He has a special talent in training horses. He is gentle and kind to them showing lots of patience. A knee injury kept him from pursuing competing in horse shows but does not affect his ability to train the horses. He has worked for his brother on his farm over the years and will continue to work there training horses and helping out on the farm when he is released.

He has many friends both young and old. He has a kind spirit and is always willing to help anyone who needs it. For example, one morning he was coming home from running an errand and found a neighbor boy with his motorcycle on fire. Since they had nothing else to fight the fire with, he took off his new coveralls and put the fire out with them. Then he adjusted checked the bike and adjusted the carburetor. He put his overalls back on and came home with scorches and burns on his bibs.

Robert has lived with me at times when I needed him to since I am elderly and in bad health. He has also been very sweet to always work on my car when I was able to drive and the cars of my other children and grandchildren. Mark has also been good to help with things around the house that I need done. I am very hopeful that he will be released while I am still living, since I am 87, so that we may have some more time together. I believe that with the support of his family, he will have learned his lesson and really turn things around.

Sincerely,

Mary Dell McPherson (mother of Mark)

307 Hoot Owl Hollow Rd

Bristol, TN 37620