McPherson Quarter Horses
Jack C. McPherson
934 Knob Park Road
Bristol, TN. 37620
423-878-3801
Jan. 2, 2010

Ref: Robert Mark McPherson

To whom it may concern:

Robert Mark McPherson is my younger brother. I was 15 years old when he was born, so I have basically been an adult figure for him his entire life.

Mark has worked with me in the horse world all of his life. Although he has not worked the entire time with horses, he always returns to them. He has a tremendous amount of talent and ability in the equine world and is very capable of making a living in this field.

Mark also has the knowledge and experience to do all types of farm work, and has done them for me over the years.

As my equine business and my farming operation has expanded over the years and I get older and slower I have a tremendous need for his help.

Our mother is 87 years old and not in excellent health. I fear that she may never see him again. It would also be a great asset to have his help in caring for her.

I realize that he had a drug problem that required action, and he must pay his debt for it. I do not have a lot of knowledge on this phase of his life. When he was involved with drugs he stayed away from me. I do not use, believe in, or tolerate illegal drugs around me. Therefore Mark stayed away from me when he was involved with drugs.

If I can provide any additional information, or if you would like to discuss any of this information with me, please do not hesitate to contact me at any time.

Sincerely,

Jack C. McPherson