To Whom It May Concern

Ref. Robert Mark McPherson

    This letter and request is to help you know my brother, Robert Mark McPherson, a little better. We are a middle class family, our Father, Jack McPherson, worked for the Post Office and our Mother, Dell McPherson, was a stay at home mom. Our family attended church at Cold Spring Presbyterian Church, every week. Mark as he is known to us, was born when I was 10 years old and our older brother, Jack Jr. was 15 years old. A rather large spread in years. As you might guess, we spoiled him, not so much in monitary things but in attention. He was a very smart little boy who was mostly around older people.

    Mark has always had "a way" with animals, Dogs and horses being his favorites. When he started school he was bored and he had trouble focusing. We believe ADHD may have been his problem, but little if anything was know about ADHD at that time.

    He has always been a very friendly and caring person. He was always helping somebody out that had car trouble. If our

Mom, any of my children, or I had car trouble we always called Mark and he would come immediately to help. If someone had a flat tire or car trouble beside the road, he stopped to help. He would always help someone in need, that is just the kind of person he is.

Jack, our older brother, and his wife own McPherson Quarter Horse Farm in Holston Valley, (Bristol) Tennessee. They raise horses and Mark and Jack train them. Mark also does other farm for them. He has had several other jobs, but he has done this type of work more than anything else.

Mark has lived with me and my family on and off for a good portion of his life. In 1991 I built (with the help of my family) a house on 1½ acres of land I purchased from Jack. I still live here with my family. This work well for Mark, living with us and working for Jack on the farm. This is what we hope can happen when Mark is released from jail.

I really don't know why Mark became involved in drugs, but I do know that he regrets it. We believe that alot of the problem was "from running with the wrong crowd". He will need to stay away his "so

called "friends" and change his life style. We are a very close family and we will do everything we can to help Mark.

Our father died several years ago and this affected Mark a great deal. Our Mother is 87 years old and in bad health. She has heart trouble, diabetis, high blood pressure, high cholestrol and she has had heart surgery (5 bypasses and angeoplasti). Mom worries that Mark may not get to come home before she dies. She loves him very much and this situation puts a great deal of stress on her.

When you make your sentencing decision on Mark, please consider our Mom's age and health. Also the fact that he has a drug-free place to live (with us), a job on Jack's farm and a very, very close loving, Christian family who will do everything possible to help him stay straight and out of trouble. We love him and ask that you be lenient on him. He is a good person who took the wrong road and realizes his mistakes.

Thank you and may God lead you in your decision.

Sincerely
Billie Ann Duff