To Whom It May Concern,

I just wanted to tell you a little bit about the inmate Robert Mark McPherson and why he is so much more to our whole family than just another case number. To me he is my uncle Mark and even more he has been my hero. He has been my hero since as long as I can remember. He has always been there for me and our whole family. He has a giant heart of gold and always showed it to me. When I was 3 he drove me to the hospital in an ice and snow storm because I could hardly breath. When I have car trouble all I have to do is call him and he always rescues me. I have 3 children who adore him and miss him aswell. I know that Mark took a wrong turn onto a bad road but I know that our family is close enough and strong enough to help him back on the right road. I know how lucky I am that God

gave me Mark as an uncle and I'd love the chance to show him that I can be there to help him too.

Thank You,
*Deborah Childress*
Deborah Childress