Your Honor,

Thank you for taking the time to read this brief letter. I think there are some things you should know about Robert Mark McPherson, before he is sentenced. I'll be brief as possible.

Robert is a big-hearted man. I have never known him to turn someone down who needed his help. He has so often lent his labour and effort to helping others. His advice and influence kept me from getting in a lot of trouble, when I was younger and dumber. And it is our dearest hope that, he will be around to do this for others.

He certainly made some bad choices in becoming envolved in drugs. But there are so many reasons that lead people down that choice. And Robert had the misfortune of getting caught up in meth, a very powerful and addictive drug.

We are a very close-knit family and miss him dearly. All of this trouble has caused us to educate ourselves about the drug. So now, we are better equiped to help him with this drug problem. And we hope you will give us the oppertunity to help him. It is a task we would gladly accept, rather than pass on to the goverment.

Thank you again for your time. May mercy and wisdom guide your decision.

Sincerly,
Robert Rhoton

P.S. I am Robert Mark McPherson's nephew.