UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. 2:08-CR-38 (14) |
| ) | |
| ROBERT M. MCPHERSON ) | |

**ORDER**

The United States Probation Office has filed a petition[1] in which it requests that Defendant's supervised release be revoked. Defendant's initial appearance was held on December 21, 2015.

At his initial appearance on the petition, Defendant appeared along with his counsel, Tim Moore, and Assistant U.S. Attorney, Robert Reeves, appeared for the United States.

Pursuant to Fed.R.Crim.P.32.1(a)(3), the Court advised Defendant regarding the alleged violation of supervised release, his right to retain counsel or to have the Court appoint him counsel, and his right to a preliminary hearing under Fed.R.Crim.P.32.1(b)(1). At that time, Defendant's counsel advised he wished to waive a preliminary hearing but requested the Court schedule a detention hearing. Accordingly, the Court sets a detention hearing for December 28, 2015 at 10:00 a.m. before the Honorable Dennis H. Inman, United States Magistrate Judge.

Defendant's revocation hearing before the Honorable R. Leon Jordan, United States District Judge, is set for January 12, 2016, at 11:00 a.m.

SO ORDERED:

                                          s/Clifton L. Corker
                                    United States Magistrate Judge

---

[1] Doc. 660